## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-cv-61241-RUIZ

APRIL HICKS,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

### RESPONSE TO DEFENDANT TYRONE EUGENE HILTON'S
### MOTION TO DISMISS PLAINTIFF'S COMPLAINT [D.E. 16]

Plaintiff, APRIL HICKS ("Plaintiff"), by and through undersigned counsel files this Response to Defendant Tyrone Eugene Hilton's Motion to Dismiss Plaintiff's Complaint [D.E. 16], and states as follows:

1.      The United States of America ("USA") admits in its original Answer [D.E. 15] to the Complaint that "Tyrone Eugene Hilton . . . was acting in the scope of his federal employment at the time of the [crash] on June 24, 2018." *See* [D.E. 15 p. 2 ¶ 5].

2.      After admitting that Tyrone Eugene Hilton was in the course and scope of his employment at the time of the crash, the parties agreed in writing on a First Amended Complaint [D.E. 17] rendering the Motion to Dismiss [D.E. 16] as moot.

*Continued on Next Page*

**WHEREFORE**, Plaintiff requests that the Court deny the Motion to Dismiss [D.E. 16] as moot.

Dated: January 26, 2021

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law
200 SE 6TH Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

**Service List:**
Monica L. Haddad Forbes
Assistant United States Attorney
Florida Bar No. 99426
Email: Monica.Forbes@usdoj.gov
U.S. Attorney's Office, Southern District of Florida
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1004
Attorney for Defendant United States of America