**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:20-cv-61241-RUIZ

APRIL HICKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**DEFENDANT UNITED STATES OF AMERICA'S**
**NOTICE OF FILING CORRECTED EXHIBITS IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

Defendant, United States of America, by and through its undersigned Assistant United States Attorney, hereby gives notice of the filing corrected Exhibits A and B as pages relating to certification and swearing of the witness were omitted from the versions of the two deposition transcripts filed on August 24, 2021 [D.E. 37-1; and D.E. 37-2] in support of the United States' Motion for Summary Judgment [D.E. 34] and as referenced in the Defendant's Statement of Undisputed Material Facts [D.E. 35].

Dated: September 2, 2021					Respectfully submitted,

							JUAN ANTONIO GONZALEZ
							ACTING UNITED STATES ATTORNEY

					By:	**Monica L. Haddad**
							Monica L. Haddad
							Assistant United States Attorney
							Florida Bar No. 99426
							Email: Monica.Haddad@usdoj.gov
							U.S. Attorney's Office
							Southern District of Florida
							500 S. Australian Avenue, Suite 400
							West Palm Beach, Florida 33401
							Telephone: (561) 209-1004

							*Counsel for Defendant, United States of America*