IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-61241-RUIZ

APRIL HICKS,

     Plaintiff,

v.

THE UNITED STATES OF AMERICA,

     Defendant.

_____

THE UNITED STATES OF AMERICA,

     Counterclaim Plaintiff,

v.

APRIL HICKS,

     Counterclaim Defendant.

**JOINT NOTIFICATION IN RESPONSE
TO COURT'S ORDER [D.E. 55] FOR CONSENT TO
TRIAL AND FINAL DISPOSITION BY THE MAGISTRATE JUDGE**

COMES NOW the Plaintiff and the Defendant, and the parties hereby state that they do

not agree to consent to trial before the Magistrate Judge.[1]

*Signature on Next Page*

---

[1] The Parties apologize for not filing this Notice on Friday, October 29, 2021. Plaintiff believed the Notice was required only in the event the Parties agreed to try the case before the magistrate, which they do not.

**Page 1 of 2**

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

By: **s/ Monica L. Haddad**
Monica L. Haddad
Assistant U.S. Attorney
Florida Bar No. 99426
Email: Monica.Haddad@usdoj.gov
U.S. Attorney's Office, Southern District of
Florida
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1004
and
Mary Beth Ricke
Assistant U.S. Attorney
Florida Bar No. 107213
E-mail: Mary.Ricke@usdoj.gov
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5137
*Counsel for Defendant, United States of*
*America*

Dated: October 31, 2021

By: **s/Matthew Sean Tucker**
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law
200 SE 6TH Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was emailed to the

this October 31, 2021 to all counsel of record identified on the Service List below.

By: s/Matthew Sean Tucker

**Service List:**

Monica L. Haddad Forbes
Assistant United States Attorney
Florida Bar No. 99426
Email: Monica.Forbes@usdoj.gov
U.S. Attorney's Office, Southern District of Florida
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1004
Attorney for Defendant United States of America