UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-61241-RUIZ

APRIL HICKS,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
    Defendant.
_____/

## DEFENDANT'S EXHIBIT LIST FOR TRIAL ON LIABILITY

Defendant, United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice of compliance with the Court's requirement announced during the telephonic conference held December 7, 2021, and in advance of the trial on liability only scheduled for January 24, 2022 [D.E. 71].[1]

Dated: January 3, 2022          Respectfully submitted,

                              JUAN ANTONIO GONZALEZ
                              UNITED STATES ATTORNEY

                              By:   *Mary Beth Ricke*
                              Monica L. Haddad
                              Assistant U.S. Attorney
                              Florida Bar No. 99426
                              Email: Monica.Haddad@usdoj.gov
                              U.S. Attorney's Office, Southern District of Florida
                              500 S. Australian Avenue, Suite 400
                              West Palm Beach, Florida 33401
                              Telephone: (561) 209-1004

                              and

                              Mary Beth Ricke
                              Assistant U.S. Attorney
                              Florida Bar No. 107213
                              E-mail: Mary.Ricke@usdoj.gov
                              500 East Broward Blvd., Suite 700

---

[1] In the event the Court proceeds with the separate trial on damages, Defendant will file another Exhibit List naming additional exhibits previously listed in the Exhibit List filed December 6, 2021 [D.E. 67].

Fort Lauderdale, Florida 33394
Telephone: (954) 660-5137
*Counsel for Defendant, United States of America*

| Defense Number | Description of Exhibit | May vs. Will Offer | Objection(s) by Plaintiff |
|---|---|---|---|
| D-1 | Photographs of accident scene and damaged vehicles (bates-stamped Hicks v. USA -- USA Production March 2021_000115-000134) | will | |
| D-2 | eRIMS and key (bates-stamped Hicks v. USA -- USA Production March 2021_000135-000138) | will | LP, I, R, UP, H |
| D-3 | Tow and repair receipt for repairs to USPS vehicle post-accident (bates-stamped Hicks v. USA -- USA Production March 2021_000101, 000112-000114) | will | |
| D-4 | BCSO body camera footage from date of Accident (bates-stamped Hicks v. USA -- USA Production March 2021_000139-000140) | may | I, R, UP, H |
| D-5 | Lauderhill Fire Rescue records for Plaintiff (bates stamped Hicks v USA_Subpoena records from Lauderhill Fire Rescue_00000-000013) | may | I, R, UP, H |
| D-6 | CV of Andrew J. Rentschler, Ph.D. | may | |
| D-7 | Composite Exhibit of photographs and records reviewed by Dr. Andrew J. Rentschler | may | I, R, UP, H |
| D-8 | Expert Report of Dr. Andrew J. Rentschler | may | I, R, UP, H |
| D-9 | Dr. Rentschler's File Materials (Doc. Nos. 37-54) | may | |
| D-10 | Dr. Rentschler Reference material (Doc. No. 54) | may | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| D-22 | SF 95 Claim form submitted by Plaintiff (bates-stamped Hicks v. USA -- USA Production March 2021_00001-000100) | will | |
| | | | |
| D-24 | Records from National Auto Lenders (bates-stamped Hicks_Subpoena Records from National Auto Lenders_000001-000125) | may | R |