UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-61241-RUIZ

APRIL HICKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING EXCERPTS OF PLAINTIFF'S DEPOSITION REGARDING HER PREVIOUS TESTIMONY OF THE ACCIDENT**

Defendant, United States of America, by and through the undersigned Assistant United States Attorney, and in accordance with the Court's directive on January 24, 2022, during the trial in liability on this matter, hereby files excerpts from the deposition of Plaintiff, April Hicks, regarding her prior version of how the subject accident occurred.

Dated: January 25, 2022        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

 By:   *Mary Beth Ricke*
Monica L. Haddad
Assistant U.S. Attorney
Florida Bar No. 99426
Email: Monica.Haddad@usdoj.gov
U.S. Attorney's Office, Southern District of Florida
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1004

Mary Beth Ricke
Assistant U.S. Attorney
Florida Bar No. 107213

                                                E-mail: Mary.Ricke@usdoj.gov
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5137

*Counsel for Defendant, United States of America*