**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:20-cv-61241-RUIZ

APRIL HICKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**MOTION FOR ENTRY OF ORDER ADOPTING**
**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

    The Parties hereby submit for the Court's entry the proposed order attached hereto as **Exhibit A** reflecting the Parties' understanding of the Court's ruling following the trial on liability commencing January 24, 2022. Plaintiff's Counsel approved the content of the proposed order.

Dated: January 28, 2022                    Respectfully submitted,

                                          JUAN ANTONIO GONZALEZ
                                          UNITED STATES ATTORNEY

                          By:    **Monica L. Haddad**
                                Monica L. Haddad
                                Assistant U.S. Attorney
                                Florida Bar No. 99426
                                Email: Monica.Haddad@usdoj.gov
                                U.S. Attorney's Office
                                Southern District of Florida
                                500 S. Australian Avenue, Suite 400
                                West Palm Beach, Florida 33401
                                Telephone: (561) 209-1004

                                *Attorney for Defendant, United States of America*