## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:20-cv-61241-RUIZ

APRIL HICKS,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____/

### <u>ORDER ADOPTING FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>

THIS MATTER came before the Court on January 24, 25, and 26, 2022, for a bench trial. After careful review and consideration of all of the facts and evidence presented during the trial, it is hereby,

**ORDERED AND ADJUDGED** that the Court adopts the findings of fact and conclusions of law pertaining to liability announced on the record on January 26, 2022, at the conclusion of the bench trial, and rules in favor of the Defendant, United States of America. The Court defers entering a final judgment until the Parties notify the Court whether a trial on damages relating to Defendant's Counterclaim is necessary.

**DONE AND ORDERED** in Miami, Florida on January 31, 2022.

_____
**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

Copies provided to: Counsel of Record