**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:20-cv-61241-RUIZ

APRIL HICKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**STATUS REPORT**

    Defendant, United States of America, by and through the undersigned Assistant United States Attorney, hereby provides the Court with a Status Report on the issues remaining to be tried.

    1.    On February 1, 2022, this Court entered its Order Adopting Findings of Fact and Conclusions of Law after conclusion of the trial in the above-captioned matter [D.E. 96].

    2.    On February 4, 2022, and again on February 8, 2022, Defendant circulated a proposed stipulated final judgment on Defendant's Counterclaim stating Defendant shall recover from Plaintiff the total sum of $4,745.13, consisting of the repairs performed on the Postal Service truck post-accident, and as supported by Defendant's Exhibit No. 3 which was admitted into evidence without objection at the trial on January 24, 2022.

    3.    As of the date of this filing, no response from Plaintiff has been received, even after a telephone call to Plaintiff's counsel's office early in the day on February 11, 2022.

    4.    Therefore, since it appears a trial on damages may be necessary, Defendant requests a special-set trial date for damages to be determined by the Court.

5.  Trial counsel for Defendant are in a two-week trial before Judge Marra starting on February 14, 2022, but should be available after Monday, March 7, 2022.

6.  Defendant has no opposition to a trial by Zoom on this limited issue. Defendant does not anticipate trial taking more than 30 minutes to 1 hour, at most.

WHEREFORE, Defendant United States of America requests this Court schedule a trial on damages, and preferably to be conducted by remote means, and for any such other relief it deems just and proper.

Dated: February 11, 2022                Respectfully submitted,

                                              JUAN ANTONIO GONZALEZ
                                              UNITED STATES ATTORNEY

By:  **Monica L. Haddad**
      Monica L. Haddad
      Assistant U.S. Attorney
      Florida Bar No. 99426
      Email: Monica.Haddad@usdoj.gov
      U.S. Attorney's Office
      Southern District of Florida
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Telephone: (561) 209-1004

*Attorney for Defendant, United States of America*