**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 20-cv-61241-RUIZ**

APRIL HICKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**ORDER**

    THIS CAUSE is before the Court on the Status Report filed by the Government on February 11, 2022 [ECF No. 97]. The Parties have since informed the Court that a trial as to damages is necessary.

    Trial as to issues of damages is specially set to commence on Monday, March 21, 2022 at 3PM, before the Honorable Paul C. Huck, United States District Judge, 400 North Miami Ave, 13th Floor, Courtroom 13-2, Miami, Florida.

    DONE AND ORDERED in Miami, Florida on February 28, 2022.

*/s/ Paul C. Huck*
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record