**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:20-cv-61241-RUIZ

APRIL HICKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**FINAL JUDGMENT**

On January 26, 2022, this Court entered its Order Adopting Findings of Fact and Conclusions of Law after conclusion of the trial on liability in the above-captioned matter [D.E. 96]. The Court further held trial on damages on March 21, 2022. Pursuant to Federal Rule of Civil Procedure 54(d) and 58(a), the Court now enters Final Judgment in favor of Defendant on its Counterclaim. It is accordingly,

**ORDERED AND ADJUDGED** that final judgment is hereby entered in favor of Defendant, UNITED STATES OF AMERICA, and against Plaintiff, APRIL HICKS.

1. Defendant shall recover from Plaintiff **$4,745.13**, consisting of the repairs performed on the Postal Service truck post-accident. Payment for this sum shall be made to the United States Postal Service, as the agency who expended such funds, for which sum let execution issue.

2. Defendant shall further recover its costs pursuant to 28 U.S.C. § 1920 as set forth in its Motion to Tax Costs [D.E. 101] in the amount of **$5,163.03**. Payment for costs shall be made to the U.S. Department of Justice, for which sum let execution issue.

3. Post-judgment interest on both sums shall accrue at the rate authorized by 28 U.S.C. § 1961, which for the week ending March 16, 2022, was 0.08 percent.

**DONE AND SIGNED** in Miami, Florida on March 25, 2022.

_____
**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

Copies provided to: Counsel of Record